UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                    Case No.: 10-2634 MJ

DAVID PETER ROUNBEHLER,

      Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for setting a briefing schedule.

**IT IS THEREFORE ORDERED THAT:**

1. The CM-ECF restrictions on *Documents 11, 12,* and *13* will be removed unless Defendant files a motion to keep the restrictions by **Thursday, November 18, 2010**;

2. If Defendant files a motion to keep the CM-ECF restrictions on those documents, the Government's response is due by **Friday, December 3, 2010**; and

3. Defendant's reply, if any, is due by **Wednesday, December 8, 2010**.

IT IS SO ORDERED.

                                              _____
                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**